UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Christina Ward

Case No.: 20-16286
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

_____Karen E. Bezner_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle, U.S.B.J.__ on __September 1, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
10 Pond Court
Hillsborough, New Jersey
valued at $272,000.00

Liens on property:   Quicken Loans, $268,607.00

Amount of equity claimed as exempt:  $25,150.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee   /s/  Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 20-16286-CMG
   Christina Turner Ward                                       Chapter 7
              Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2          Date Rcvd: Jul 31, 2020
                              Form ID: pdf905            Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2020.
db             +Christina Turner Ward,    10 Pond Court,    Hillsborough, NJ 08844-1432
518826624      +Amex/DSNB,    P.O. Box 8218,    Mason, OH 45040-8218
518826625     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    P.O. Box 982238,    El Paso, TX 79998)
518826626      +Barclays Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
518826627      +Best Buy/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
518826629      +Citicards CBNA,    P.O. Box 6217,    Sioux Falls, SD 57117-6217
518826633      +Kohls/Capital One,    P.O. Box 3115,    Milwaukee, WI 53201-3115
518826634      +Lending Club Corp,    595 Market Street,    Suite 200,    San Francisco, CA 94105-2807
518826635      +Macys/DSNB,    P.O. Box 8218,    Mason, OH 45040-8218
518827542      +Nissan-Infinity LT,    PO Box 660366,    Dallas, TX 75266-0366
518826640      +Wells Fargo,    P.O. Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 31 2020 23:47:25     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 31 2020 23:47:22     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518826628      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 31 2020 23:54:14
                 Capital One Bank USA, N.A.,     P.O. Box 30281,    Salt Lake City, UT 84130-0281
518826630      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 31 2020 23:47:07     Comenity Bank/Wayfair,
                 P.O. Box 182789,    Columbus, OH 43218-2789
518826631      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 31 2020 23:47:08     Comenity CB/JJill,
                 P.O. Box 182120,    Columbus, OH 43218-2120
518826632       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 31 2020 23:54:11
                 JP Morgan Chase Bank Card,    P.O. Box 15369,    Wilmington, DE 19850
518826633      +E-mail/Text: PBNCNotifications@peritusservices.com Jul 31 2020 23:46:37     Kohls/Capital One,
                 P.O. Box 3115,    Milwaukee, WI 53201-3115
518826636      +E-mail/Text: bankruptcyteam@quickenloans.com Jul 31 2020 23:47:46     Quicken Loans,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
518826637      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34     Syncb/Care Credit,
                 P.O. Box 965036,    Orlando, FL 32896-5036
518826638      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34     Syncb/Lowes,    P.O. Box 956005,
                 Orlando, FL 32896-0001
518826639      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34     Syncb/QVC,    P.O. Box 965005,
                 Orlando, FL 32896-5005
518827997      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2020 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor   Quicken Loans, LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 31, 2020
                              Form ID: pdf905          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
           NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karina Pia Lucid    on behalf of Debtor Christina  Turner Ward klucid@karinalucidlaw.com,
           R43327@notify.bestcase.com;admin@karinalucidlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                   TOTAL: 5